In re **NORTH AMERICAN COIN AND CURRENCY, LTD., Debtor.**

Daniel A. **TORRES, M.D., P.C., and Arthur R. Rose and Kathleen Rose, et al., Plaintiffs/Appellants,**

v.

Harry V. **EASTLICK, Successor Trustee of North American Coin & Currency, Ltd., Debtor et al., Defendants/Appellees.**

No. CA 84–1731.

United States Court of Appeals, Ninth Circuit.

Oct. 24, 1985.

James M. Marlar, Ryley, Carlock & Applewhite, Phoenix, Ariz., for plaintiffs/appellants.

Jeffrey S. Leonard, Phoenix, Ariz., for defendants/appellees.

Before MERRILL, CANBY and NORRIS, Circuit Judges.

ORDER

The following amendment is made to the last sentence of the first paragraph of this court's opinion in this case. "We have jurisdiction over the appeal pursuant to 28

(emphasis added).

U.S.C. § 1291, and we affirm" is modified to read "We affirm the judgment of the district court."